MARGARET WILLIAMS ET AL., RESPONDENTS, v. HUDSON AND MANHATTAN RAILROAD COMPANY ET AL., APPELLANTS.

Submitted May 26, 1928—Decided October 15, 1928.

For the respondents, *Alexander Simpson.*

For the appellants, *Collins & Corbin.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—TRENCHARD, PARKER, MINTURN, KATZENBACH, CAMPBELL, WHITE, VAN BUSKIRK, MCGLENNON, KAYS, HETFIELD, DEAR, JJ.   11.

*For reversal*—None.